UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-12968 |
| Nelson N. Hernandez and Iliana E. Hernandez | ) ) ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtors the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtors are permitted to purchase a used 2015 Nissan Altima or a similar vehicle, with an amount financed not to exceed $17,075.00, interest not to exceed 14.75%, and monthly payments not to exceed $358.71.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  OCT 0 1 2019

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko